FILED BY _____ D.C.

MAR 2 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   15-20169-CR-MARTINEZ(s)
18 U.S.C. § 956(a)
18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)(1)

UNITED STATES OF AMERICA

vs.

CAMILO MONTALVAN CARDOZA,
LEONEL ALEJANDRO RAMIREZ,
ANDREY SANCHEZ KOSLOVSKIY,
and
ANDRES PORFIRIO RODRIGUEZ,

**Defendants.**

_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about December 31, 2013, the exact date being unknown to the Grand

Jury, through on or about March 29, 2014, in Miami-Dade and Broward Counties, in the Southern

District of Florida, and elsewhere, the defendants,

CAMILO MONTALVAN CARDOZA,
LEONEL ALEJANDRO RAMIREZ,
ANDREY SANCHEZ KOZLOVSKIY,
and
ANDRES PORFIRIO RODRIGUEZ,

did knowingly and intentionally combine, conspire, confederate, and agree with each other,

Alfredo Kindelan Hernandez, Jean Marrero Lara, Reinaldo Marrero Lara, Humberto Valdes

Gonzalez, Juan Palma and others known and unknown to the Grand Jury, to commit an act outside

the United States that would constitute the offense of kidnapping if committed in the territorial jurisdiction of the United States, that is the defendants conspired with each other and others known and unknown to the Grand Jury to unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom, any person, that is, "A.M.," in Cancun, Mexico, in violation of Title 18, United States Code, Section 1201(a)(1); all in violation of Title 18, United States Code, Section 956(a)(1).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by seizing, confining, inveigling, kidnapping, abducting, carrying away, and holding A.M. until A.M.'s father paid money for A.M.'s release.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the defendants committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1.      On or about February 9, 2014, **LEONEL ALEJANDRO SANCHEZ and ANDREY SANCHEZ KOSLOVSKIY** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

2.      On or about March 2, 2014, **ANDRES PORFIRIO RODRIGUEZ** flew from Fort Lauderdale International Airport, in the Southern District of Florida, to Cancun, Mexico.

3.      On or about March 25, 2014, **CAMILO MONTALVAN CARDOZA, ANDRES PORFIRIO RODRIGUEZ,** and Alfredo Kindelan Hernandez abducted A.M. in Cancun, Mexico.

All in violation of Title 18, United States Code, Sections 956(a)(1).

2

## COUNT 2

Beginning on or about December 31, 2013, the exact date being unknown to the Grand Jury, through on or about March 29, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CAMILO MONTALVAN CARDOZA,
LEONEL ALEJANDRO RAMIREZ,
ANDREY SANCHEZ KOZLOVSKIY,
and
ANDRES PORFIRIO RODRIGUEZ,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, Alfredo Kindelan Hernandez, Jean Marrero Lara, Reinaldo Marrero Lara, Humberto Valdes Gonzalez, Juan Palma, and others known and unknown to the Grand Jury to unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom and reward, any person, that is, "A.M.," and travel in interstate or foreign commerce, and use any means, facility, or instrumentality of interstate or foreign commerce, that is, cellular telephones, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

### OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by seizing, confining, inveigling, kidnapping, abducting, carrying away, and holding A.M. until A.M.'s father paid money for A.M.'s release.

### OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the defendants committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

3

1.      On or about February 9, 2014, **LEONEL ALEJANDRO SANCHEZ and ANDREY SANCHEZ KOSLOVSKIY** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

2.      On or about March 2, 2014, **ANDRES PORFIRIO RODRIGUEZ** flew from Fort Lauderdale International Airport, in the Southern District of Florida, to Cancun, Mexico.

3.      On or about March 25, 2014, **CAMILO MONTALVAN CARDOZA, ANDRES PORFIRIO RODRIGUEZ,** and Alfredo Kindelan Hernandez abducted A.M. in Cancun, Mexico.

All in violation of Title 18, United States Code, Section 1201(c).

## COUNT 3

Beginning on or about March 25, 2014, through on or about March 26, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CAMILO MONTALVAN CARDOZA,**
**LEONEL ALEJANDRO RAMIREZ,**
**ANDREY SANCHEZ KOZLOVSKIY,**
**and**
**ANDRES PORFIRIO RODRIGUEZ,**

did unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom, any person, that is, "A.M.," and did travel in interstate or foreign commerce, and did use any means, facility, or instrumentality of interstate or foreign commerce, that is, cellular telephones, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **CAMILO MONTALVAN CARDOZ, LEONEL**

4

**ALEJANDRO RAMIREZ, ANDREY SANCHEZ KOZLOVSKIY,** and **ANDRES PORFIRIO RODRIGUEZ** have an interest.

2.      Upon conviction of a violation as alleged in Counts 1 through 3 of this Superseding Indictment, the defendants shall forfeit all of their right, title and interest in any property, real or personal, which constitutes, or is derived from, any proceeds traceable to such violation, pursuant to Title 28, United States Code, Section 2461(c).

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 981(a)(1)(C), and the procedures of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. <u>**15-20169-CR-MARTINEZ(s)**</u> |
| **vs.** | ## CERTIFICATE OF TRIAL ATTORNEY* |
| **CAMILO MONTALVAN CARDOZA, ET AL.,** | |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

<u>X</u> Miami  ____ Key West  
____ FTL  ____ WPB  ____ FTP

| | | |
|---|---|---|
| New Defendant(s) | Yes <u>X</u> | No ____ |
| Number of New Defendants | | 3 |
| Total number of counts | | 3 |

I do hereby certify that:

1.  I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   <u>Yes</u>

    List language and/or dialect   <u>Spanish</u>

4.  This case will take   <u>14</u>   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0  to  5 days | | Petty | ____ |
| II | 6  to 10 days | <u>X</u> | Minor | ____ |
| III | 11 to 20 days | | Misdem. | ____ |
| IV | 21 to 60 days | | Felony | <u>X</u> |
| V | 61 days and over | | | |

6.  Has this case been previously filed in this District Court?  (Yes or No)   No

If yes:
Judge:                                        Case No.   _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   No ____
If yes:
Magistrate Case No.                          _____
Related Miscellaneous numbers:               _____
Defendant(s) in federal custody as of        _____

Defendant(s) in state custody as of          _____
Rule 20 from the                             _____

Is this a potential death penalty case? (Yes or No)        No ____

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   <u>X</u> No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   <u>X</u> No

_____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5501182

*Penalty Sheet(s) attached                                                   REV.9/11/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: ___ CAMILO MONATALVAN CARDOZA _____

**Case No**:____ 15-20169-CR-MARTINEZ(s) _____

**Count 1:**

Conspiracy to kidnap a person in a foreign country _____

Title 18, United States Code, Section 956(a) _____

**\* Max. Penalty**: Life imprisonment _____

**Count 2:**

Conspiracy to commit kidnapping _____

Title 18, United States Code, Section 1201(c) _____

**\*Max. Penalty:** Life imprisonment _____

**Count 3:**

Kidnapping _____

Title 18, United States Code, Section 1201(a)(1) and 2 _____

**\*Max. Penalty:** Life imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:    LEONEL ALEJANDRO RAMIREZ

**Case No**:    15-20169-CR-MARTINEZ(s)

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

**\* Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

**\*Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

**\*Max. Penalty:** Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: ___ANDREY SANCHEZ KOSLOVSKIY___

**Case No**:___ 15-20169-CR-MARTINEZ(s)___

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

**\* Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

**\*Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

**\*Max. Penalty:** Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: _____ ANDRES PORFIRIO RODRIGUEZ _____

**Case No**:_____ 15-20169-CR-MARTINEZ(s) _____

**Count 1:**

Conspiracy to kidnap a person in a foreign country _____

Title 18, United States Code, Section 956(a) _____

**\* Max. Penalty**: Life imprisonment _____

**Count 2:**

Conspiracy to commit kidnapping _____

Title 18, United States Code, Section 1201(c) _____

**\*Max. Penalty:** Life imprisonment _____

**Count 3:**

Kidnapping _____

Title 18, United States Code, Section 1201(a)(1) and 2 _____

**\*Max. Penalty:** Life imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**